ACCEPTED
04-13-00892-CV
FOURTH COURT OF APPEALS
SAN ANTONIO, TEXAS
1/6/2015 12:22:27 PM
KEITH HOTTLE
CLERK

## NO. 04-13-00892-CV

**IN THE COURT OF APPEALS FOR THE FOURTH DISTRICT SAN ANTONIO, TEXAS**

FILED IN
4th COURT OF APPEALS
SAN ANTONIO, TEXAS
01/6/2015 12:22:27 PM
KEITH E. HOTTLE
Clerk

**DORA GULLEY,**

Appellant

**V.**

**STATE FARM LLOYDS**

Appellee

On Appeal from
Cause No. 2008-CI-03371
288th District Court, Bexar County, Texas

## APPELLANT'S UNOPPOSED MOTION TO EXTEND TIME TO FILE MOTION FOR REHEARING

Appellant, Dora Gulley, respectfully requests the Court to grant a twenty (20) day extension to file her Motion for Rehearing, and would show the Court as follows:

1.     The deadline for filing Appellant's Motion for Rehearing is January 7, 2015.

2.     The requested extension is 20 days, to January 27, 2015.

3. This extension is needed in part because Appellant's counsel was on vacation from December 23, 2014 through January 2, 2015, and had notified the Court on February 7, 2014 of same. The Judgment and Opinion were issued on December 23, 2014. The Opinion is 22 pages long and requires extensive analysis.

4. There have been no previous extensions granted regarding this Motion for Rehearing.

## Certificate of Conference

Appellant's counsel has conferred with Appellee's counsel, who does not oppose the relief sought in this Motion.

## Prayer for Relief

For the reasons set forth above, Appellant respectfully requests that this Court grant a twenty (20) day extension, or until January 27, 2015 to file her Motion for Rehearing.

Respectfully submitted,

RILEY AND RILEY
ATTORNEYS AT LAW

DARBY RILEY
SBN: 16924400
320 Lexington Avenue
San Antonio, Texas 78215
(210) 225-7236
(210) 227-7907 Facsimile
darbyriley@rileylawfirm.com
ATTORNEYS FOR APPELLANT

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of Appellant's Motion to Extend Time to File Motion for Rehearing has been sent on this ___6th___ day of January, 2015 to the following counsel of record:

**Elliot Clark**
eclark@winstead.com
**Linda J. Burgess**
lburgess@winstead.com
WINSTEAD SECHREST & MINICK PC
401 Congress Ave., Suite 2100
Austin, Texas 78701
Telephone: (512) 370-2881
Fax: (512) 370-2850

**Ray R. Ortiz**
ray@jao-law.com
JONES, ANDREWS & ORTIZ, P.C.
10100 Réunion Pl., Suite 600
San Antonio TX 78216
Telephone: (210) 344-3900
Fax: (210) 366-4301


_____
DARBY RILEY

3